UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SHAMEEK CHAMPAGNE, CHRISTINA JENKINS, and ISAIAH JENKINS,

                                      Plaintiffs,

            -against-

CITY OF NEW YORK, New York City Police Department Officer ("OFFICER") MICHAEL MCAVOY (Shield No. 15100); Sergeant ("SGT.") STEVEN SPATTARO (Shield No. 0324), SGT. JOSEPH FIGLIOZZI (Shield No. 3204); OFFICER CHRISTOPHER LOFREDO (Shield No. 6443); OFFICER ROBERT URIBE (Shield No. 20097); OFFICER TONY BROWN (Shield No. 13357); OFFICER JUAN JORGE (Shield No. 27039); OFFICER LARRY CRUZ (Shield No. 27211); Lieutenant ("LT.") ALBERT ISAAC; Detective ("DET.") MICHAEL FRIEDMAN (Shield No. 6423); LT. DAVID COURTIEN; DET. STEVEN SPOSITO (Shield No. 5103); DET. PAUL FAZIO (Shield No. 6923); DET. MICHAEL RIVERA (Shield No. 5055); OFFICER JOHN DOE 1 through OFFICER JOHN DOE 4 (the name John Doe and Richard Roe being fictitious, as the true names and shield numbers are presently unknown), in their individual capacities,

                                      Defendants.

------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

11CV5644 (RRM) (SMG)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

| | |
|---|---|
| Rankin and Taylor<br>*Attorneys for Plaintiffs*<br>11 Park Place, Suite 914<br>New York, NY 10007 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City of New York,*<br>*McAvoy, Spataro, Friedman, Figliozzi,*<br>*Lofredo, Uribe, Brown, Jorge, Cruz, Isaac,*<br>*Courtien, Sposito, Fazio and Rivera*<br>100 Church Street, Rm. 3-201<br>New York, New York 10007 |
| By: _____<br>    David B. Rankin<br>    *Attorney for Plaintiffs* | By: _____<br>    Andrew Lucas<br>    *Assistant Corporation Counsel* |
| | SO ORDERED: |
| Dated: New York, New York<br>    _____, 2013 | _____<br>HON. ROSLYNN R. MAUSKOPF<br>UNITED STATES DISTRICT JUDGE |